UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Michael Rocca**, | Case No. SACV 16-00891 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **VIP Plaza Investment, Inc.**, | |
| Defendant. | |

Plaintiff has withdrawn his remaining claims, and seeks an entry of final judgment. (Dkt. No. 45.) As such, the Court enters judgment for Plaintiff and against Defendant consistent with the previous order granting partial summary judgment. (Dkt. No. 29.)

Dated June 7, 2017

Hon. Andrew J. Guilford
United States District Judge